# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0650

VERSUS

GARY LYNN FOGG

**AUGUST 16, 2021**

---

In Re:    Gary Lynn Fogg, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 523,830.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the application for postconviction relief, the state's answer, if any, the district court's ruling, relevant transcripts, the bill of information, the uniform commitment order, pertinent district court minutes, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before October 12, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                        **JMM**
                        **WIL**
                        **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT